# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | NO. 3:16-cv-00689 |
| LIEM CONSTRUCTION, INC., R.F. JONES CONSTRUCTION, LLC, and ASHLER OAKS, LLC d/b/a ROUNDTREE APARTMENTS, | ) ) ) ) ) | CHIEF JUDGE CRENSHAW |
| Defendants. | ) ) | |

## ORDER

For reasons explained in the accompanying Memorandum, Mount Vernon Fire Insurance Company's Motion for Summary Judgment (Doc. No. 36) is hereby **GRANTED** as to Ashler Oaks, LLC d/b/a Roundtree Apartments. Mount Vernon Fire Insurance Company is **ORDERED** to file a Fed. R. Civ. P. 55(b)(2) motion for entry of default judgment with regard to the other Defendants in this matter within fourteen days of the issuance of this Order.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE