# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Mount Vernon Fire Insurance Company

                                        Plaintiff,

v.                                                                              Case No.: 3:16–cv–00689

Liem Construction, Inc., et al.

                                        Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/26/2017 re [60].

                                                                              Keith Throckmorton, Clerk
                                                                    s/ Dalaina Thompson, Deputy Clerk